[Civil No. 550.]

AL GRADY, Plaintiff in Error, v. T. F. McMILLON et al., Defendants in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Coconino. J. J. Hawkins, Judge.

E. M. Sanford, J. W. Ross, and H. D. Ross, for Plaintiff in Error.

E. S. Gosney, and Oscar Gibson, for Defendants in Error.

February 23, 1897.  Affirmed.